# UNITED STATES DISTRICT COURT
for the

Southern District of District

Civil Division

Aban El Curragh et alia
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See attached
*Defendant, Third-party plaintiff(s)*
(Write the full name of each defendant/third-party plaintiff. If the
names of all the defendants/third-party plaintiffs cannot fit in the
space above, please write "see attached" in the space and attach
an additional page with the full list of names.)

-v-

The Commonwealth of Massachusetts
See attached
*Third-party defendant(s)*
(Write the full name of each third-party defendant. If the names
of all the third-party defendants cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Case No. ~~[struck through]~~
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## THIRD – PARTY COMPLAINT

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Aban El Curragh et. alia
   Street Address: 4287 Katonah Ave. #1108
   City and County: Bronx
   State and Zip Code: NY 10470
   Telephone Number: 914 3085859
   E-mail Address *(if known)*

B. **The Defendant(s)/Third-Party Plaintiff(s)**

Provide the information below for each defendant/third-party plaintiff named in the complaint. Attach additional pages if needed.

Name: See attached
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address:

C. **The Third-Party Defendant(s)**

Provide the information below for each third-party defendant named in the complaint, whether the third-party defendant is an individual, a government agency, an organization, or a corporation. For an individual third-party defendant, include the person's job or title (if known). Attach additional pages if needed.

Third-Party Defendant No. 1
Name: The Commonwealth of Massachusetts
Job or Title (if known): Malden District Court
Street Address: 4040 Mystic Valley Pkwy
City and County: Medford
State and Zip Code: MA 02155
Telephone Number: 781-322-7500
E-mail Address (if known):

Third-Party Defendant No. 2
Name: Medford; Massachusetts State Police
Job or Title (if known): State Police
Street Address: 520 Fellsway
City and County: Medford
State and Zip Code: MA 02155
Telephone Number: 781-396-0100
E-mail Address (if known):

Third-Party Defendant No. 3

    Name: Malden MA State Trooper Ryan Casey

    Job or Title (if known): State trooper

    Street Address: 485 Maple St.

    City and County: Danvers

    State and Zip Code: MA 01923

    Telephone Number:

    E-mail Address (if known):

Third-Party Defendant No. 4

    Name: Emily A. Karstetter

    Job or Title (if known): Judge/magistrate

    Street Address: 33 Clark St.

    City and County: Boston

    State and Zip Code: MA 02109

    Telephone Number:

    E-mail Address (if known):

## II. Initial Complaint

A. Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

Conspiracy to commit a crime; Illegal possession of a firearm; Illegal possession of ammunition; Possession of large capacity magazines; improper storage of firearm (see attached affidavit)

B. State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

See attached affidavit

## III. Third-Party Complaint

A. Describe the nature of the relationship between you and the third-party defendant. Attach any contracts or documents showing the nature of the relationship.

Diversity of citizenship
Share the same nationality

B. Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third–party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third–party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third–party defendant.

- Defamation and discrimination against national origin 18 USC 241 & 242
- Deprivation of rights under Color of Law (Diversity of Citizenship)
- Genocide 18 USC 1091

IV. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/20/2021

Signature of Defendant/Third–Party Plaintiff
Printed Name of Defendant/Third–Party Plaintiff  Aban El Curragh

B. **For Attorneys**

Date of signing: 9/20/2021
IN Proprio Persona
Signature of Attorney
Printed Name of Attorney
Bar Number

Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



Treaty of Peace and friendship 1787 between the Empire of Morocco & the United States

# To: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC I -202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.*, 785 S.W. 2d 143, 144 (tex. 1990).

**Case number: CR001104**

Aban El Curragh

V.

THE COMMONWEALTH OF MASSACHUSETTS

# AFFIDAVIT OF FACT

**Date:** 19th Dhul Hijjah 1442: [19, August 2021]

As Salaam Alakum;

I am Aban El Curragh in proprio persona sui juris, a Moorish American National, aboriginal and indigenous.

I have been adjudicated on by an administrative tribunal in Malden District Court and held in Essex County Correctional Facility with no charges as well as my peers; Tarrif Sharif Bey, Jamil Rasul Bey. Our consul has sent countless documents proving who we are to Malden District Court and have proof that those documents have not been filed by the clerks; this violates title 18 USC §2071. Our consul also submitted our federal credentials on the record in a statutory 58A Hearing on Tuesday, July 13, 2021. We have been labeled; "black, latino, Hispanic," as artificial fourteenth (14th) amendment entities to denationalize us which is a violation of title 18 USC 241-242. We also have a live testimony from Julisa El, a member of our consul, on Tuesday, July 13, 2021, proving that we are in fact Foreign Nationals. That was sustained on

record by acting Judge Emily A. Karstetter and the ADA (Assistant District Attorney) Graham Van Epp's objected to it. Acting Judge Emily A. Karstetter continued to adjudicate whilst violating her own oath of affirmation to the American Constitution via Article 1§10: Impairing the obligation of contracts, Article 3 §2: Not proving jurisdiction over matters of diversity of citizenship, Article 3 §3: Engaging in treason thirty (30) times in four (4) court proceedings being that the cases are severed. In Article 6, not adhering to the Treaty of Peace and Friendship, of our two (2) respected Nations Morocco and the United States, being the Supreme Law of the Land.

On Tuesday, July 6, 2021, during the first court proceedings Emily Karstetter removed our counsel from the courtroom and forced court appointed attorneys on us. To add, we still have not seen a signed sworn affidavit from the injured party that we are supposed to provide remedy to. Karstetter violated our fifth (5th) Amendment right to due process to not be deprived of life, liberty and property without just compensation of the US Constitution. Our sixth (6th) Amendment rights, as well as the Treaty of Peace and Friendship: Article 20, were violated by denying us of our counsel and not showing us the nature of accusations being held against us. Our eighth (8th) Amendment via the US Constitution and Treaty of Peace and Friendship: Article 16, was violated by them placing a one million dollar ($1,000,000) bail after stating we cannot afford attorneys. As well as subjecting us to being held unlawfully without bail in Essex County while separating us from our peers. We are victims of human trafficking and genocide via Title 18 USC subsection 1091. We have also extorted finances, title 18 USC chapter 41, title 18 USC subsection 880, by forcing our loved ones and counsel to finance our phone calls and canteens.

Furthermore, I have been violated via my fifth (5th) Amendment by having my glasses taken from me in Essex County. This is causing myself physical and emotional distress being that they are a negative seven (-7.00) prescription and I cannot finance another pair. We have been forced and subjected into slavery violating the thirteenth (13) Amendment and the Treaty of Peace and Friendship Article 16, by forcing us to move into a cell where a man committed suicide. The Sheriff Kevin F. Coppinger and superintendent Aaron Eastman forced us to clean the cell; it was littered with mold, rust and lice. We had also been barred from viewing our evidence and mail from our consul and loved ones for just about a month. As we were barred from viewing our evidence after receiving it this was in violation of due process and a fair trial via our fifth (5th) and sixth (6th) Amendment. Since acting Judge Emily Karstetter was replaced by Judge Peter Doyle, he also adjudicated on us engaging in treason, as well, on August 9, 2021, by not giving us a fair and just trial. This violates our fifth (5th), sixth (6th) and seventh (7th) Amendment. The trial was motioned for a continuance immediately at the start without hearing any other parties speak, as we were all muted. Aforementioned, this violates our fifth (5th), sixth (6th) and seventh (7th) Amendment, Article 3 §2, Article 3 §3, Article 6 of the American Constitution as well as Treaty Articles 16 and 20. We are still currently being held unlawfully and ask respectfully to be released. I affirm on the penalty and perjury that all stated facts are true to the best of my knowledge so help me Allah.

## UNDER PENALTY OF PERJURY

Under penalty of perjury and persecution from the Moorish Nation, I do declare and state for the record, to the best of ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A Free Moorish American Nationals and citizens of the free National Government of Morocco, I am: _*[signature: Alum El Cuvvagh]*_. In honor of my Moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminii, in accord with the high principles of Love, Truth, Peace, Freedom and Justice.

# Defendant's

**Medford MA State Police**
520 Fellsway, Medford, MA 02155

**MA State Trooper Sergeant Matthew McDevitt**
Work: 520 Fellsway, Medford, MA 02155

**MA State Trooper Ryan Casey**
Home: 485 Maple St, Danvers, MA 01923
Work: 520 Fellsway, Medford, MA 02155

**MA State Trooper Mike Sullivan**
Work: 520 Fellsway, Medford, MA 02155

**MA State Trooper Sergeant Burnham**
Work: 520 Fellsway, Medford, MA 02155

**MA State Trooper Orlando**
Work: 520 Fellsway, Medford, MA 02155

**MA State Trooper Christopher G. Keane**
Work: 520 Fellsway, Medford, MA 02155

**Malden District Court Judge: Emily A. Karstetter**
Home: 33 Clark St, Boston, MA 02109
Work: 4040 Mystic Valley Pkwy, Medford, MA 02155

**Malden District Court Judge: Peter F. Doyle**
Home: 2901 Turtle Creek Dr, Unit 105, Port Arthur, TX 77642
Work: Edward W. Brooke Courthouse, 24 New Chardon St.
1st Floor, Boston, MA 02114

**District Court Judge: James L. LaMothe Jr.**
Work: Edward W. Brooke Courthouse, 24 New Chardon St.
1st Floor, Boston, MA 02114

**The Commonwealth of Massachusetts**: Executive Office of Health and Human Services Department of Public Health

CHARLES D. BAKER - Governor
KARYN E. POLITO - Lieutenant Governor
MARYLOU SUDDERS - Secretary
MARGRET R. COOKE - Acting Commissioner
250 Washington Street, Boston, MA 02108-4619

**Middlesex District Attorney: ADA Graham Geoffrey Van Epps**
Work: 15 Commonwealth Ave, Woburn, MA 01801-5193
Registration #: 4494506

**Middlesex District Attorney: Marian T. Ryan**
Work: 215 Pleasant St, Malden, MA, 02148
Email: Marian.Ryan@massmail.state.ma.us

**Malden District Court Head Clerk: Debra J. Duffy**
Home: 6 Greg Rd, Stoneham, MA, 2180-1316
Work: 4040 Mystic Valley Pkwy, Medford, MA 02155

**Malden District Court Clerk: Paula Baez**
Work: 4040 Mystic Valley Pkwy, Medford, MA 02155

**Malden District Court Clerk: Charles Mongo**
Work: 4040 Mystic Valley Pkwy, Medford, MA 02155

**Malden District Court, First Assistant Clerk Magistrate: Erica Columbo**
Work: 4040 Mystic Valley Pkwy, Medford, MA 02155

**WarnerMedia (AT&T NEWS MEDIA)**
30 Hudson Yards New York, NY 10001

**VIACOM NEWS MEDIA**
President/CEO: Robert M. Bakish
1515 Broadway, 53rd Floor NY, NY 10036 USA

**NEWS CORPORATION NEWS MEDIA**
Owner: Rupert Murdoch
Executive Chairman: Robert Thomson
1211 Ave of the Americas, NY, NY 10036

**COMCAST NBCUNIVERSAL NEWS MEDIA**

CEO as of 2020: Jeff Shell
30 Rockefeller Plaza, NY, NY 10112
*Bonnie Hammer is behind all the media

| Plaintiffs: | Court: | Case Number: | Illegally detained at: |
|---|---|---|---|
| Jamhal Talib Abdullah Bey Misidentified as "JAMHAL LATIMER" | Malden District Court | CR001099 | Middlesex House of Correction and Jail |
| Tariff Sharif Bey Misidentified as "AARON JOHNSON' | Malden District Court | CR001101 | Middleton, Essex County Correctional Facility |
| Lucha El Por Libertad Misidentified as "STEVEN PEREZ" | Malden District Court | CR001096 | Middleton, Essex County Correctional Facility |
| Jamil Rasul Bey Misidentified as "LAMAR DOW" | Malden District Court | CR001102 | Middlesex House of Correction and Jail |
| Aban El Curragh | Malden District Court | CR001104 | Middleton, Essex County Correctional Facility |
| Conald Soliman Quiesqueyano Bey Misidentified as "CONALD PIERRE" | Malden District Court | CR001103 | Middlesex House of Correction and Jail |

Defendants:

Medford Massachusetts State Police

Massachusetts State Trooper Sergeant Matthew McDevitt

Massachusetts State Trooper Ryan Casey

Massachusetts State Trooper Mike Sullivan

Massachusetts State Trooper Sergeant Burnham

Massachusetts State Trooper Orlando

Malden District Court; Judge Emily A. Karstetter

A.D.A. Marian T. Ryan

A.D.A. Graham Geoffrey Van Epps

Magistrate Peter F. Doyle

Malden District Court Clerks

Essex County Sheriff's Department; Superintendent Aaron Eastman, Sheriff Kevin F.Coppinger, Lieutenant Sousa, Deputy Earl,

Essex County House of Corrections Katy Chapplin

THE COMMONWEALTH OF MASSACHUSETTS

WarnerMedia (AT&T NEWS MEDIA)

COMCAST NBCUNIVERSAL NEWS MEDIA

VIACOM NEWS MEDIA

NEWS CORPORATION NEWS MEDIA

CBS NEWS MEDIA